JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGIFREDO QUEZADA IBARRA, et al., | Case No. CV 20-1909 FMO (DFMx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF STATE, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Plaintiffs' Ex Parte Motion to Dismiss IT IS ADJUDGED THAT the above-captioned action is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 22nd day of March, 2021.

/s/
Fernando M. Olguin
United States District Judge